Martin Schannong (SBN 243297)
schannongm@cmtlaw.com
Mackenzie C. Gonzales (SBN 333839)
gonzalesm@cmtlaw.com
CARLSON & MESSER LLP
5901 West Century Boulevard, Suite 1200
Los Angeles, California 90045
(310) 242-2200 Telephone
(310) 242-2222 Facsimile

Attorneys for Defendant
ADLER WALLACH & ASSOCIATES, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHELLE VARGAS on behalf of themselves, and all others similarly situated,<br><br>    Plaintiffs,<br><br> vs.<br><br>ADLER WALLACH & ASSOCIATES, INC.,<br><br>    Defendant. | CASE NO. 2:21-cv-01594-KJM-KJN<br><br>**NOTICE OF SETTLEMENT** |

  PLEASE TAKE NOTICE that Ms. Vargas has settled her individual claim against Adler Wallach & Associates, Inc. The parties anticipate that they will complete the settlement, and file a stipulation of dismissal, within 45 days from the date of this notice.

  In light of the settlement, the parties respectfully request that the Court take off calendar all future hearing dates and deadlines in this case.

/ / /

/ / /

/ / /

Respectfully submitted,

DATED: March 21, 2022               GREENWALD DAVIDSON RADBIL PLLC

                                    By:    s/Jesse S. Johnson
                                           Jesse S. Johnson (*pro hac vice*)
                                           Attorneys for Plaintiff
                                           MICHELLE VARGAS


DATED: March 21, 2022               CARLSON & MESSER LLP

                                    By:    s/Martin Schannong
                                           Martin Schannong
                                           Mackenzie C. Gonzales
                                           Attorneys for Defendant
                                           ADLER WALLACH & ASSOCIATES, INC.

**SIGNATURE CERTIFICATION**

I hereby certify that the content of this document is acceptable to all counsel, and that I have obtained their authorization to affix the electronic signatures to this document.

DATED: March 21, 2022          CARLSON & MESSER LLP

By:   s/Martin Schannong
      Martin Schannong
      Mackenzie C. Gonzales
      Attorneys for Defendant
      ADLER WALLACH & ASSOCIATES, INC.

# **CERTIFICATE OF SERVICE**

I hereby certify that on March 18, 2022, a true and correct copy of the foregoing document entitled NOTICE OF SETTLEMENT was filed through the ECF system, which will send notification of such filing to the following e-mail addresses associated with this case.

DATED: March 21, 2022          CARLSON & MESSER LLP

By:  s/Martin Schannong
Martin Schannong
Mackenzie C. Gonzales
Attorneys for Defendant
ADLER WALLACH & ASSOCIATES, INC.